# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| COULIBAY ISMAILA, | : | |
| Petitioner, | : | |
| vs. | : | CA 09-0184-KD-C |
| DEPARTMENT OF HOMELAND SECURITY, et al., | : | |
| | : | |
| Respondents. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 11, 2009 is **ADOPTED** as the opinion of this Court.

**DONE** this 9th day of June, 2009.

 s/ Kristi K. DuBose
 KRISTI K. DuBOSE
 UNITED STATES DISTRICT JUDGE