IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

COULIBAY ISMAILA,                          :

    Petitioner,                            :

vs.                                        :        CA 09-0184-KD-C

DEPARTMENT OF HOMELAND                     :
SECURITY, et al.,
                                           :
    Respondents.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2241, be **DISMISSED**, as moot.

**DONE** this 9th day of June, 2009.

                                        s/ Kristi K. DuBose
                                       KRISTI K. DuBOSE
                                       UNITED STATES DISTRICT JUDGE